# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 26, 2007

132697

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

JOHN HAYDEN,
      Plaintiff-Appellee,

v

                                   SC: 132697
                                   COA: 264060
                                   WCAC: 04-000085

GENERAL MOTORS CORPORATION,
      Defendant-Appellant.
_____/

      On order of the Court, the application for leave to appeal the November 30, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 26, 2007

_____
Clerk

t0319